IN THE CIRCUIT COURT OF HOT SPRING COUNTY, ARKANSAS

FILED HAYNE BROWN
CIRCUIT CLERK

2013 SEP 24 PM 12: 41

HOT SPRING COUNTY, ARK.

BY _____ D.C.

ROSE COTHERN              PLAINTIFF

v.      CASE NO. CV-13-182-1

BROOKSHIRE GROCERY COMPANY       DEFENDANT

## COMPLAINT

PLAINTIFF DEMANDS A JURY TRIAL

Plaintiff, Rose Cothern, provides the following facts in support of her Complaint against the Defendant, Brookshire Grocery Company:

### I. Jurisdiction and Venue

1. Plaintiff was at all times relevant to this Complaint a resident of Hot Spring County, Arkansas.

2. Defendant, Brookshire Grocery Company, is a foreign for profit corporation which operates grocery stores in Arkansas.

3. This suit is brought to redress negligent acts on the part of the Defendant and its agents, resulting in the Plaintiff contracting salmonella after eating cooked chicken purchased from a deli in a grocery store formerly operated by the Defendant.

4. The subject matter jurisdiction and venue are proper in Hot Spring County Circuit Court. The Defendant is subject to this Court's personal jurisdiction as well. Service of process will be upon its registered agent: The Corporation Company, 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201.

### II. Facts Which Entitle Plaintiff to Relief

5. On May 16, 2011, at approximately 11:00 a.m., the Plaintiff, Rose Cothern went to

the deli at the Brookshire's store in Malvern, Arkansas.

6. Plaintiff purchased a cooked chicken leg and returned to her vehicle to eat the chicken leg. Plaintiff had not eaten anything else that day and needed to eat because she had taken her prescription medication.

7. Later that evening, Plaintiff began throwing up and experiencing diarrhea.

8. The next day, Plaintiff's symptoms worsened.

9. After several days, Plaintiff's symptoms were so severe she had to be hospitalized.

10. Plaintiff was admitted to the Hot Springs County Medical Center on May 19, 2011 and was found to be in renal failure and suffering from extreme dehydration.

11. Later, stool samples showed Plaintiff had contracted Salmonella.

12. After approximately five (5) days in the hospital, Plaintiff began feeling pain in her toes and began experiencing trouble walking – eventually being unable to walk.

13. Within a day of being discharged from the hospital on May 25, 2011, Plaintiff could barely walk.

14. Plaintiff was diagnosed with post-infectious arthritis, and, to this day, experiences difficulty walking and pain that has to be managed with prescription medication.

### III. Theories of Recovery

15. <u>Negligence</u>: Due to the negligence of the Defendant and their agents, the Plaintiff contracted salmonella and has suffered irreparable harm as a result.

16. As a direct and proximate result of the actions of the Defendant and their agent as set forth in Section II herein, Plaintiff has suffered irreparable harm. She is entitled to both compensatory and punitive damages from the Defendant and their agents as a result of the conduct alleged herein.

17. All acts of the Defendant's agents and employees and officers against Plaintiff were done within the scope and course of their employment, and, thus, Defendant is liable for such acts under the theory of *respondeat superior*.

**WHEREFORE**, Plaintiff, Rose Cothern, prays for judgment against the Defendant in the form of both compensatory and punitive damages in an unliquidated sum and for all other just and proper relief to which she may be entitled.

Respectfully submitted,

By: _____
Nicholas R. Windle, Bar No. 2010060
211 Hobson Avenue
P.O. Box 1620
Hot Springs, Arkansas 71902-1620
(501) 321-2222

Attorney for the Plaintiff

THE CIRCUIT COURT OF HOT SPRING COUNTY, ARKANSAS
CIVIL DIVISION

ROSE COTHERN                                                                                    PLAINTIFF

VS.                                     NO. CV-2013- 182-1

BROOKESHIRE GROCERY COMPANY                                              DEFENDANT

## SUMMONS

THE STATE OF ARKANSAS TO DEFENDANT:

THE CORPORATION COMPANY, REGISTERED AGENT
BROOKESHIRE GROCERY COMPANY
124 WEST CAPITOL AVENUE, STE. 1900
LITTLE ROCK, AR 72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you, you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

MAYME BROWN, CLERK OF COURT

Address of Clerk's Office:
210 Locust Street
Malvern, AR 72104

_Melissa Ramsey_
Deputy Clerk

9/24/13
Date:

This Summons is for BROOKESHIRE GROCERY COMPANY, Defendant.

## PROOF OF SERVICE

☐   I personally delivered the summons and complaint to the individual at _____ _____ (place) on _____ (date) ; or

☐   I left the summons and complaint in the proximity of the individual by _____ _____ after he/she refused to receive it when I offered it to him/her; or

☐   I left the summons and complaint at the individual's dwelling house or usual place of abode at _____ (address) with _____ (name), a person at least 14 years of age who resides there, on _____ (date); or

☐   I am the Plaintiff or an attorney of record for the Plaintiff in this lawsuit, and I served the summons and complaint on the Defendant by certified mail, return receipt requested, restricted delivery, as shown on the attached signed return receipt.

☐   I am the Plaintiff or an attorney of record for the Plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the Defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐   Other (specify): _____

☐   I was unable to execute service because: _____

_____

My fee is $_____.

By: _____
    (Signature of server)

_____
(Printed name)

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My Commission Expires: _____

# C. BURT NEWELL

### ATTORNEY AT LAW

211 HOBSON AVENUE
POST OFFICE BOX 1620
HOT SPRINGS NATIONAL PARK, AR 71902-1620
TELEPHONE 501-321-2222
FACSIMILE 501-624-0533

C. BURT NEWELL
NICHOLAS R. WINDLE

Writer's E-Mail Address: nick@hotspringslaw.net

September 26, 2013

The Corporation Company
124 West Capitol Avenue, Ste. 1900
Little Rock, AR 72201

    RE: Rose Cothern vs. Brookeshire Grocery Company
        Hot Spring County Circuit Court Case No. CV-13-182-I

Dear Sir or Madam:

    Enclosed please find a copy of a lawsuit that has been filed against you. As you will note in the Summons, you have thirty (30) days to file a written answer to the complaint with the clerk of the court.

                                              Sincerely,

                                              Nicholas R. Windle

NRW:cmc
Enclosures

cc w/enclosures: Rose Cothern



**C. BURT NEWELL**
ATTORNEY AT LAW
211 Hobson Avenue
P.O. Box 1620
Hot Springs, AR 71902-16__

7004 2510 0003 2167 7593

The Corporation Company
124 West Capitol Avenue, Ste. 1900
Little Rock, AR 72201

72201371775



## CT Corporation

**Service of Process Transmittal**
09/30/2013
CT Log Number 523594042

**TO:** Russell Cooper, Corporate Counsel
Brookshire Grocery Company
1600 WSW Loop 323
Tyler, TX 75701-

**RE:** **Process Served in Arkansas**

**FOR:** Brookshire Grocery Company (Domestic State: TX)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Rose Cothern, Pltf. vs. Brookshire Grocery Company, Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Proof of Service, Complaint |
| **COURT/AGENCY:** | Hot Spring County Circuit Court, AR<br>Case # CV131821 |
| **NATURE OF ACTION:** | Product Liability Litigation - Manufacturing Defect - Plaintiff sustained damages on May 16, 2011 due to contracting salmonella after eating cooked chicken from a deli in a grocery store |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Little Rock, AR |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 09/30/2013 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | Arkansas |
| **APPEARANCE OR ANSWER DUE:** | Within 30 after service of the Summons |
| **ATTORNEY(S) / SENDER(S):** | Nicholas R. Windle<br>211 Hobson Avenue<br>Hot Springs, AR 71902-1620<br>501-321-2222 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 796805890525 |
| **SIGNED:** | CT Corporation System |
| **PER:** | Amy McLaren |
| **ADDRESS:** | 124 West Capitol Avenue<br>Suite 1900<br>Little Rock, AR 72201-3736 |
| **TELEPHONE:** | 800-592-9023 |

Page 1 of 1 / SP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.